UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

UNITED STATES OF AMERICA

vs.                                             CASE NO. 3:15-CR-633

JOSEPH CARLTON MEEK

## PLEA

The Defendant, JOSEPH CARLTON MEEK, acknowledges receipt of a copy of the Indictment and after arraignment pleads Not Guilty in open court.

_____
(Signed)    Defendant

Columbia, South Carolina

Sept. 18, 2015