# EXHIBIT A

Non-Confidential Description of Documents to Be Filed Under Seal

**DOCUMENTS TO BE FILED UNDER SEAL**

| Document | Non-confidential Description |
| --- | --- |
| Meek's Unopposed Motion to Delay Sentencing | Document contains references pertaining to Meek's personal, medical information |
| Exhibit A – Letter of Dr. Thomas Martin | Document contains information pertaining to Meek's personal, medical information |