# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM ACTION NO. 3:15-CR-00633 |
| v. | **MOTION TO ATTACH RESTRICTED DISCOVERY TO MEMORANDUM IN OPPOSITION TO GOVERNMENT'S MOTION FOR AN UPWARD VARIANCE** |
| JOSEPH CARLTON MEEK | |

The Defendant, Joseph Carlton Meek, hereby moves this Court for permission to attach the Memorandum of Interview (Form 302) of Joseph Meek as an Exhibit to his Memorandum in Opposition to the Government's Motion for an Upward Variance. This five (5) page document is the F.B.I.'s memorialization of Mr. Meek's interview of September 23, 2016 and was labeled "Restricted Material" when produced in discovery. This document is relevant to one of the issues in the response and is needed to support the position of Mr. Meek. As Dylann Roof has been sentenced and convicted and Mr. Meek has pled guilty, the Defendant is unaware of any reason that this document should remain restricted.

                    Respectfully Submitted,

                    <u>S/Deborah B. Barbier</u>
                    Deborah B. Barbier (#6639)
                    Deborah B. Barbier, LLC
                    1811 Pickens Street
                    Columbia, SC 29201
                    (803) 445-1032
                    dbb@deborahbarbier.com

March 9, 2017

Columbia, SC