IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 2:15-CR-00633 |
| | ) | |
| | ) | |
| v. | ) | **Government's Response to Motion to Use** |
| | ) | **Restricted Discovery** |
| | ) | |
| **JOSEPH CARLTON MEEK** | ) | |
| | ) | |

As Defendant Meek contends that the FBI's Report memorializing a September 23, 2016, interview is relevant and necessary for his response, the United States does not oppose the request to file the Report in connection to Meek's briefing.

Respectfully submitted,

BETH DRAKE
UNITED STATES ATTORNEY

By: s/ Julius N. Richardson
Julius N. Richardson (#9823)
Nathan Williams (#10400)
Assistant United States Attorneys
151 Meeting Street, Suite 200
Charleston, South Carolina, 29402