**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH CARLTON MEEK | CRIM ACTION NO. 3:15-CR-00633 |

**SUPPLEMENT TO RESPONSE TO GOVERNMENT'S MOTION FOR UPWARD VARIANCE**

Defendant, JOSEPH CARLTON MEEK, respectfully submits the attached **Exhibit F** – FBI Memorandum of Interview from Interview of September 23, 2016 in further support of his Response to the Government's Motion for an Upward Variance.

          Respectfully submitted,

          s/Deborah B. Barbier_____
          Deborah B. Barbier, LLC
          FED ID. NO. 6639
          1811 Pickens Street
          Columbia, SC 29201
          803-445-1032
          Email: dbb@deborahbarbier.com
          Attorney for Defendant

Columbia, South Carolina
March 13, 2017