RESTRICTED MATERIAL

FD-302 (Rev. 5-8-10)                           - 1 of 5 -



## FEDERAL BUREAU OF INVESTIGATION

Date of entry     10/12/2016

On 9/23/2016, Joey Meek, date of birth ▮▮▮▮▮▮▮▮, was interviewed at the United States Attorney's Office located at 1441 Main Street Suite 500, Columbia, South Carolina. Present during the interview were Meek's attorney, Debbie Barbier, Special Agent Joseph Hamski of the Federal Bureau of Investigation (FBI), United States Department of Justice, Civil Rights Division, Special Litigation Counsel, Stephen Curran and Assistant United States Attorney (AUSA) Jay Richardson. After being advised of the identity of the interviewing individuals and the nature of the interview, Meek provided the following information:

Meek was born in Columbia, South Carolina. His parents divorced at an early age. Meek split time living with his father and mother in and around Columbia, South Carolina. He has two younger brothers, Jacob Meek and Justin Meek. Meek's father was an alcoholic and step father was physically abusive.

From 2012 to 2015, Meek worked various construction, flooring and landscaping jobs. On December 25, 2013, Meek started dating Lindsey Fry, whose father helped Meek obtain some landscaping jobs. From 2012 through 2015, Meek admitted to regularly using marijuana and had sampled cocaine, crack cocaine and methamphetamine, as well as occasionally abused Xanax and prescription pain pills. Meek also admitted to selling user amounts of marijuana during this time to support his own marijuana habit. In May 2015, Meek moved into his former residence at ▮▮▮▮▮▮▮▮, Lexington, South Carolina.

Meek met Dylann Roof in the summer of 2006 (approximately), in between 6th and 7th grade. Roof and Meek both lived in the Red Bank neighborhood of Lexington, South Carolina on/near Ridgehill Drive and Smokey Joe Court. While skateboarding on the street, Meek was approached by Amy Roof, who asked if Meek would meet her son, Dylann Roof. Dylann Roof was new to the neighborhood and didn't have any local friends. Meek described Roof's appearance as 'punk related' because Roof wore Diesel shoes and a beaded bracelet. Roof also had short hair but did grow it out long in the years following. Meek befriended Roof and introduced him to the other neighborhood kids which included Brandon and Vanessa Clifford, Selena and Aneesa Gonzalez and Brittany Simmons. Often, they would all hang out

---

Investigation on   09/23/2016   at   Columbia, South Carolina, United States (In Person)

File #  44A-CO-6460937                                          Date drafted   09/24/2016

by   Joseph Hamski

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

RESTRICTED MATERIAL                                          US-063756

RESTRICTED MATERIAL

FD-302a (Rev. 05-08-10)

44A-CO-6460937

Continuation of FD-302 of (U) Interview of Joey Meek                    , On  09/23/2016  , Page  2 of 5

together. Meek recalled Roof's father had a nice vehicle and a swimming pool at his house, and would invite himself over to utilize the pool. Amy Roof and her former boyfriend, David LNU had a pool table and a boat. Meek mentioned he was jealous of Roof because of the family life and money that Roof and his family had. Meek met Jack Chandler one time. Roof had introduced Meek to Jack Chandler as one of Roof's friends from elementary school. Meek noted that Jack Chandler passed away as a result of a car accident a few years ago. Meek recalled that Roof attended church with his grandfather and that Roof was an altar boy. Roof also resided occasionally with his grandparents.

Meek and Roof attended White Knoll Middle School together, though Roof was in the grade above Meek. After being caught with marijuana in the 7th grade, Meek was moved to Carolina Springs Middle School for the remainder of the 7th grade and then attended John De La Howe School for his entire 8th grade year. Meek attended White Knoll High School but did not graduate. 10th grade was the last grade Meek completed. Despite Amy Roof's displeasure with Roof and Meek being friends following Meek being caught with marijuana, Meek and Roof found ways to communicate with each other and hung out together in places other than their residences. Meek recalled one time in approximately 8th grade, Roof and Meek attended a concert together at Five Points in Columbia, South Carolina. Roof invited the band to stay the night at his house. Meek said the band stayed with Roof at his residence for a couple days. Meek's close friendship with Roof dissipated in approximately 2010 when Roof moved out of the neighborhood.

Meek described Roof as shy and said that he didn't talk much. However, Meek stated Roof talked more with his friends and those that knew him. Meek stated that Roof was not a social misfit, and that "Roof was cooler than Meek" but just did not have a big group of friends. Roof didn't like to be outside because he complained of the heat. Roof knew his manners and would address people with respect. When he talked to someone, Roof wouldn't look the individual in the eyes but also wouldn't look down either. Roof was conscious of germs and frequently washed his hands and face, and played with his hair. He maintained a black shower bag full of toiletries that he kept in his vehicle. Roof was concerned with his appearance and overly sensitive about scarring on his skin. Meek also described Roof as being a "clean freak".

Though Roof liked Vanessa Clifford more than a friend, Roof never asked her out on a date. Meek believed Roof was a virgin. Roof told Meek he had sex with a black female in Eastover, South Carolina, but Meek didn't believe him. Roof went to the strip club with Meek and Fry on two occasions. Roof was attracted to a black female dancer at the strip club

RESTRICTED MATERIAL

FD-302a (Rev. 05-08-10)

44A-CO-6460937

Continuation of FD-302 of  (U) Interview of Joey Meek _____ , On  09/23/2016  , Page   3 of 5

and attempted to purchase a private dance from her but did not have enough money.

On May 22, 2015, Meek received a message from Dylann Roof on Facebook. Meek and Roof hadn't talked or seen each other for a few years. Meek stated he only saw Roof one time between 2010 and 2015 and had limited communication with him during that time. Roof stated he saw Meek's jail booking photograph via an online website such as mugshots.com. After several Facebook message exchanges, Meek provided his address to Roof. Subsequently, Roof drove to Meek's residence and hung out. Meek stated Roof had a bowl cut haircut, wore dark brown/black boots, ray-ban sunglasses, jeans and a t-shirt with the company name of Clark's Pest Control on it. Roof's appearance in 2015 was more "punk" than in previous years Meek had known Roof. Meek stated Clark's Pest Control was Roof's employer, and that Roof was suppose to go to work that day but skipped instead. Roof and Meek played Xbox most of the day. Roof told Meek he purchased a gun and kept it at Amy Roof's residence. Roof stayed the night and after that day, frequently came over to Meek's residence. When Roof stayed the night at Meek's residence, he slept in Jacob Meek's room on a mattress or on the couch.

Roof and Meek occasionally smoked marijuana together but Roof did not smoke marijuana often because it made him paranoid. Roof and Meek experimented with cocaine several times and Meek witnessed Roof use Soboxone and Klonopin. Roof stayed up late often watching movies, and frequented a foreign movie website to watch movies. Roof enjoyed music and really liked a song called Ice Cream Truck by Montana of 300. Meek stated the song has gunshots heard within it and Roof would motion his arm and hands as if he was shooting the gun. Roof also rapped a song aloud but Meek could not recall what the song was about. Meek and Roof also occasionally drank alcohol. When Roof was drinking, he would talk about how he wanted a dagger tattoo on his neck because a character in a movie had his neck tattoo'd with a dagger. Meek recalled Roof spoke about segregation and Rhodesia one time while riding in the car together. Roof mentioned how he was jealous of his sisters Morgan and Amber because they seemed to get everything they wanted.

At some point between late May 2015 and mid June 2015, Roof showed Meek the Glock .45 caliber firearm Roof had purchased. Roof's mother and father gave him money so Roof can purchase the gun. Roof talked about how it was important the firearm be in Roof's name as opposed to his mother or father's name. Roof had new magazines for the weapon and stored ammunition, which included hollow point bullets, in the front console of the vehicle. Roof also showed Meek the laser light attachment for his firearm. Meek recalled Roof talking with his father, Ben Roof, over the telephone about

RESTRICTED MATERIAL                    US-063758

RESTRICTED MATERIAL

FD-302a (Rev. 05-08-10)

44A-CO-6460937

Continuation of FD-302 of  (U) Interview of Joey Meek _____ , On  09/23/2016 , Page  4 of 5

the whereabouts of the gun. Meek recalled Ben Roof saying Amy Roof had taken the gun but had wanted Ben Roof to tell Dylann Roof he took it. Roof was using Fry's mobile phone. Meek recalled seeing a handheld American flag and possibly a rebel flag inside Roof's vehicle.

   Roof spent several nights at Meek's residence in early June 2015. During one of these nights in early June 2015, at approximately 6 p.m., Roof went to the liquor store and purchased Taaka Vodka. Afterward, Roof, Meek and Fry were together at Meek's residence listening to music. Roof and Meek were drinking vodka and doing cocaine. Roof was chasing the vodka with water. Meek and Fry were also smoking marijuana. Roof started talking about his belief in segregation of blacks and whites. Roof cited several examples of segregation in history and talked about how America would be better if blacks were segregated from whites. Roof quoted statistics and it was obvious to Meek that Roof had conducted previous research on the matter. Roof discussed black on white crime statistics and the number of women raped by African American men vs. white men. Roof talked about the incident in Ferguson, Missouri, and the Trayvon Martin case. At several points, Meek used the term "nigger" derogatorily when talking about Africa Americans. As Meek asked questions of Roof to garner more information, Roof responded by saying he wanted to ignite a race war. Roof said he wanted to "do something big and put South Carolina on the map." Roof stated he had been planning his attack for six months and that his plan was to kill African Americans at a historic church in Charleston, South Carolina on a Wednesday evening. Roof mentioned that the church had been previously visited by Martin Luther King, Jr. Roof talked about how he also previously visited the church and spoke to a person outside the church. Roof chose a Wednesday because there would be less people there than on other potential days. Roof also said he originally planned to do the act the previous Wednesday. Roof was going to maintain his weapon and magazines in a black fanny pack. After completing the act, Roof was going to kill himself. Roof was reluctant to tell Meek his plan because he didn't want Meek to be involved.

   Meek went next door to Chris Salas's house and when he came back to his residence Roof was asleep. Meek obtained Roof's car keys, took Roof's firearm out of the vehicle's trunk and proceeded to hide it in a vent inside his residence. Meek had known someone named Shane LNU who had recently killed himself. Meek recalled showing the weapon to Chris Salas and Cassie Mostellar prior to hiding it in the vent. Roof had previously shown the weapon to Meek, so Meek was aware of the weapon's whereabouts. Roof had taken it from his mothers residence the day prior and filled the gun case with rocks. Prior to Roof waking up, Meek ended up putting the firearm back into the trunk of Roof's car because Meek was on probation for a felony offense and was concerned about being caught with the weapon.

RESTRICTED MATERIAL                   US-063759

RESTRICTED MATERIAL

FD-302a (Rev. 05-08-10)

44A-CO-6460937

Continuation of FD-302 of  (U) Interview of Joey Meek                        , On  09/23/2016  , Page  5 of 5


    The next day, Meek told Dalton Tyler about what Roof had said. Dalton Tyler insisted it was just crazy talk. On June 16, 2015, Roof went to Lake Murray with Meek, Fry and Jacob Meek.

    At this point the interview with Meek ceased, but was scheduled to reconvene at a date in the near future.